# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3770

_____

| | | |
|---|---|---|
| Abraham A. Ungar, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of North Dakota. |
| North Dakota State University, | * | |
| | * | [UNPUBLISHED] |
| Defendant-Appellee. | * | |

_____

Submitted: February 27, 2009
Filed:  March 6, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Abraham A. Ungar appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action.  Based on our de novo review, see Clegg v. Arkansas Department of Corrections, 496 F.3d 922, 926 (8th Cir. 2007), we agree with the district court's analysis of the merits of Ungar's claims and its conclusion that there were no trialworthy issues.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.